UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JOSE NEVAREZ ORTIZ,

Petitioner,

v.

Warden, Otay Mesa Detention Center,

Respondent.

Case No.:  26-CV-1392 JLS (BLM)

**ORDER REQUIRING SUPPLEMENTAL BRIEFING**

(ECF No. 5)

Presently before the Court is Petitioner Jose Nevarez Ortiz's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  On March 18, 2026, Federal Defenders indicated that they had spoken with Petitioner and "determined that his case is meritorious and that he financially qualifies for Federal Defenders' services."  ECF No. 5 at 1.  On April 3, 2026, Federal Defenders "determined that no further briefing on Mr. Nevarez's behalf is necessary."  ECF No. 7 at 1.

After reviewing the Petition and Respondents' Return ("Ret.," ECF No. 10), the Court remains unclear on the specific facts pertaining to Petitioner's case.  For example, neither Party addresses the circumstances surrounding Petitioner's arrest, Petitioner's status on the date of his arrest, and Petitioner's stage in the immigration system.  If Petitioner was released on a valid parole and that parole was revoked without notice or

1

justification, there may be grounds for his release under the Due Process Clause. *See Salazar v. Casey*, No. 25-CV-2784 JLS (VET), 2025 WL 306329 (S.D. Cal. Nov. 3, 2025). The Court does not have enough information to make this determination. Therefore, the Court **ORDERS** the Parties to submit supplemental briefing addressing (1) Petitioner's status at the time of his arrest, (2) the date and circumstances surrounding his arrest, and (3) all relevant information regarding Petitioner's ongoing removal proceedings. The Parties also must submit all relevant documents. This supplemental briefing is due May 5, 2026.

 **IT IS SO ORDERED.**

Dated:  April 21, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-1392 JLS (BLM)